**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| | * |
| JOSE LOPEZ AGUILAR, | |
| | * |
| Petitioner, | |
| | * |
| v. | |
| | *      Civil No. 26-2267-BAH |
| VERNON LIGGINS ET AL., | |
| | * |
| Respondents. | |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

<u>**ORDER**</u>

Upon consideration of the Petition for Writ of Habeas Corpus, ECF 1 (the "Petition"), and the response to the Court's order to show cause, ECF 7, and the entire record in this case, it is hereby,

**ORDERED**, that the Petition is **GRANTED** in part, insofar as the Court finds that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1.  Petitioner is detained under 8 U.S.C. § 1226 and Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

2.  Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 7 days of the Petitioner's filing of a motion with the Immigration Court with meaningful consideration by the Immigration Judge of applicable, relevant factors;

3.  The bond hearing may be conducted by any Immigration Judge having jurisdiction or administrative control over Petitioner's detention or having administrative control over

Petitioner's immigration case or removal proceedings and need not take place in Maryland, but Petitioner must be present (in person or by video) and able to participate in the hearing;

4. If bond is granted and Petitioner is released, then nothing in this Order precludes Respondents from imposing reasonable conditions of release;

5. If Petitioner is not provided with a bond hearing before an immigration judge within 7 days of his filing a motion with the Immigration Court, Respondents shall release Petitioner from custody with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at an Immigration Court in Maryland;

6. Petitioner shall file a status report with this Court if a bond hearing is not held by an Immigration Judge within 7 days of the filing of a motion for a bond hearing or within 21 days of the date of this order, whichever is sooner; and it is further

7. Any request for attorney's fees and costs is denied; and it is further

**ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this order.

Dated: June 11, 2026

_____/s/_____
Brendan A. Hurson
United States District Judge

2